UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARA CAMPOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 19-cv-08062-VC<br><br>**ORDER AFFIRMING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 19 |

　　The Court wants to make clear that the briefing schedule specified by the magistrate judge at Dkt. 19 remains in effect. Campos' motion for summary judgment or remand continues to be due by September 30, 2020, the Commissioner's opposition/counter-motion is due by November 30, 2020, and any reply is due by December 30, 2020. A hearing on the motion is scheduled for January 28, 2021, at 10 a.m. via zoom.

　　Due to Campos' repeated failure to file the consent or declination form before the magistrate judge, the Court also cautions Campos that if she does not comply with the above briefing schedule her case will be dismissed without prejudice for failure to prosecute.

　　**IT IS SO ORDERED.**

Dated: September 16, 2020

_____
VINCE CHHABRIA
United States District Judge