UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARA CAMPOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 19-cv-08062-VC<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

This case is dismissed without prejudice for failure to prosecute. Dismissal "without prejudice" means that the dismissal does not automatically prevent Campos from pursuing a lawsuit in the future.

**IT IS SO ORDERED.**

Dated: January 8, 2021

VINCE CHHABRIA
United States District Judge